UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT PEARSON,

                Plaintiff,

        -against-

J. CAPPELLI, ET AL.,

                Defendants.

24-CV-8619 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated December 27, 2024, the Court dismissed this complaint without prejudice as duplicative of *Pearson v. Cappelli*, No. 24-CV-8254 (KMK) (ECF 10.) Plaintiff filed an extension of time to file a notice of appeal and a notice of appeal. (ECF 12, 13.) The Second Circuit dismissed the appeal as moot. *Pearson v. Cappelli*, No. 25-220 (2d Cir. Dec. 29, 2025) Plaintiff's motion for an extension of time to appeal (ECF No. 5) is denied as unnecessary, and the Clerk of Court is directed to terminate it. (ECF 12.)

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

      SO ORDERED.

Dated:   January 30, 2026
         New York, New York

                /s/ Laura Taylor Swain
                  LAURA TAYLOR SWAIN
            Chief United States District Judge